UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INFORMATION |
| | ) | |
| v. | ) | Case No. 3:12CR 118 |
| | ) | |
| ROBERT A STEPHENSON | ) | 29 U.S.C. § 439(b) |

**THE UNITED STATES ATTORNEY CHARGES:**

From in or around March 30, 2009 through and including March 30, 2011, in the Northern District of Indiana,

**ROBERT A. STEPHENSON,**

defendant herein, willfully made false statements or representations of material fact, knowing it to be false, in any document, report or other information required under the provisions of the Labor Management Reporting and Disclosure Act, that is defendant prepared and signed yearly fiscal LM-3 reports for the International Association of Machinists Local 2903 as Secretary/Treasurer, reports required under "LMRDA", that failed to disclose union money withdrawn by the defendant from the Union account which he used for personal expenses in the approximate sum of $18,000.

All in violation of Title 29, United States Code, Section 439(b)

DAVID CAPP
UNITED STATES ATTORNEY

By:   s/ Barbara Z. Brook
Barbara Z. Brook
Assistant United States Attorney